**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Yolanda Viola BURGESS,**
**Defendant–Appellant.**

**No. 03–6591.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.

Yolanda Viola Burgess, Appellant Pro Se. Kimberly A. Riley, Office of The United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Yolanda Viola Burgess appeals the district court's order denying her motion to modify her sentence pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Burgess*, No. CR–00–162 A (E.D.Va. Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*